SLIP OPINION

Cite as 2014 Ark. App. 86

# ARKANSAS COURT OF APPEALS

DIVISION I
**No.** CV–13–503

TERRY HICKS

APPELLANT

V.

PILGRIM'S PRIDE CORP.

APPELLEE

**Opinion Delivered** February 12, 2014

APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION [NOS. F304213; F811775; F903402]

AFFIRMED

## JOHN MAUZY PITTMAN, Judge

Appellant sustained three compensable injuries while working for appellee employer: a right-shoulder injury on January 14, 2002; carpal tunnel syndrome in her right upper extremity on October 21, 2008; and a back injury on December 4, 2008. She filed a claim for additional medical benefits for all three of these injuries. After a hearing, the claim related to the shoulder injury was denied based on the expiration of the statute of limitations, and the other claims were denied based largely on a finding that appellant's testimony was not credible.

Appellant argues that the Commission's findings are not supported by substantial evidence. Because the only issue is the sufficiency of the evidence and because the opinion of the Administrative Law Judge, adopted by the Commission, thoroughly explains the decision, we affirm by memorandum opinion pursuant to section (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

SLIP OPINION

Affirmed.

Walmsley and Hixson, JJ., agree.

*Thomas & Hickey, L.L.P.*, by: *Floyd M. Thomas, Jr.*, for appellant.

*Mayton, Newkirk & Jones*, by: *Mike Stiles*, for appellees.